```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 13488
    DAVID TODD ROBINSON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
            Debtor
     SSN XXX-XX-0839


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/28/2008 and was not confirmed.

     The case was dismissed without confirmation 06/19/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T   NOTICE ONLY     NOT FILED           .00           .00
HSBC BANK/OCWEN LOAN       NOTICE ONLY     NOT FILED           .00           .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00           .00           .00
GMAC                       CURRENT MORTG         .00           .00           .00
SCORILLE CONDO ASSOC       SECURED               .00           .00           .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00           .00           .00
CHASE MANHATTAN            CURRENT MORTG         .00           .00           .00
OPTION ONE MORTGAGE        CURRENT MORTG         .00           .00           .00
WILSHIRE CREDIT CORP       CURRENT MORTG         .00           .00           .00
WILSHIRE CREDIT CORP       CURRENT MORTG         .00           .00           .00
VILLAGE OF OAK PARK        PRIORITY        NOT FILED           .00           .00
CITY OF CHICAGO PARKING    PRIORITY              .00           .00           .00
CITY OF CHICAGO PARKING    PRIORITY        NOT FILED           .00           .00
CITY OF CHICAGO PARKING    PRIORITY        NOT FILED           .00           .00
COOK COUNTY TREASURER      PRIORITY        NOT FILED           .00           .00
IROQUOIS COUNTY COURTHOU   PRIORITY        NOT FILED           .00           .00
CITY OF CHICAGO WATER DE   PRIORITY        NOT FILED           .00           .00
CITY OF CHICAGO WATER DE   PRIORITY        NOT FILED           .00           .00
CITY OF CHICAGO WATER DE   PRIORITY        NOT FILED           .00           .00
CITY OF CHICAGO WATER DE   PRIORITY        NOT FILED           .00           .00
CHASE MANHATTAN            UNSECURED       NOT FILED           .00           .00
CHASE MANHATTAN            UNSECURED       NOT FILED           .00           .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED           .00           .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED           .00           .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED           .00           .00
ARS RECOVERY SERVICES      UNSECURED       NOT FILED           .00           .00
AT & T                     UNSECURED       NOT FILED           .00           .00
SPRINT                     UNSECURED       NOT FILED           .00           .00
HSBC ORCHARD BANK          UNSECURED       NOT FILED           .00           .00
ER SOLUTIONS INC           UNSECURED       NOT FILED           .00           .00
STAPLES CREDIT PLAN        UNSECURED       NOT FILED           .00           .00
DELL FININACIAL SVC        UNSECURED       NOT FILED           .00           .00
FIRST PLATINUM CORP        UNSECURED       NOT FILED           .00           .00
CCS                        UNSECURED       NOT FILED           .00           .00
AMERICAN FAMILY INSURANC   UNSECURED       NOT FILED           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 13488 DAVID TODD ROBINSON
```

```
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED              .00            .00
UNITED CREDIT UNION        UNSECURED        NOT FILED              .00            .00
US AIRWYS CARD SVC         UNSECURED        NOT FILED              .00            .00
CHARTER ONE BANK           UNSECURED        NOT FILED              .00            .00
LCA COLLECTOINS            UNSECURED        NOT FILED              .00            .00
GUARDIAN PROTECTION SVC    UNSECURED        NOT FILED              .00            .00
LOWES COMMERCIAL SERV      UNSECURED        NOT FILED              .00            .00
PRO SE DEBTOR              DEBTOR ATTY            .00                             .00
TOM VAUGHN                 TRUSTEE                                                .00
DEBTOR REFUND              REFUND                                                 .00

         Summary of Receipts and Disbursements:
    ---------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
    ---------------------------------------------------------------------
    TRUSTEE                       .00

    PRIORITY                                             .00
    SECURED                                              .00
    UNSECURED                                            .00
    ADMINISTRATIVE                                       .00
    TRUSTEE COMPENSATION                                 .00
    DEBTOR REFUND                                        .00
                          ---------------     ---------------
    TOTALS                        .00                    .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 09/25/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE